September 28, 2007

Mr. David P. Hansen
Schwartz & Eichelbaum
4201 W. Parmer Lane, Suite A-100
Austin, TX 78727
Mr. James E. Joplin
Attorney at Law
1500 Broadway, Suite 1117
Lubbock, TX 79401

RE: Case Number: 05-0959
 Court of Appeals Number: 11-03-00394-CV
 Trial Court Number: 01-09-16,365-CV

Style: LAMESA INDEPENDENT SCHOOL DISTRICT
 v.
 DAVID BOOE D/B/A BOOE ROOFING COMPANY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Sherry |
| |Williamson |
| |Ms. Carolyn L. |
| |Turner |